## Mulvehill's Assigned Estate.

*Assignment for creditors—Order changing distribution—Appeals —Parties—Appeal by assignor—Quashing appeal.*

Where the court makes an order changing the distribution reported by an auditor of an insolvent assigned estate, and the action of the court neither increases nor diminishes the estate, the assignor has no standing to appeal from the order, inasmuch as there is nothing to return to him.

Argued Oct. 17, 1922. Appeal, No. 18, Oct. T., 1922, by Frank T. Mulvehill, assignor, from order of C. P. Cambria Co., sustaining exceptions to auditor's report, in re Assigned Estate of Frank T. Mulvehill. Before MOSCHZISKER, C. J., FRAZER, WALLING, SIMPSON, KEPHART, SADLER and SCHAFFER, JJ. Appeal quashed.

Exceptions to report of Albert W. Stenger, Esq., auditor. Before STEPHENS, P. J.

The opinion of the Supreme Court states the facts.

Exceptions sustained. Assignor appealed.

*Error assigned,* inter alia, was order, quoting it.

*William A. McGuire,* for appellant.

*Walter Jones,* for appellee.

PER CURIAM, January 3, 1923:

Appellant made an assignment for the benefit of creditors; a fund was raised from his real and personal estate; this fund was before the court below for distribution to general creditors and certain others having special liens; the court sustained an exception, which changed the distribution reported by the auditor; the order to that effect is here on appeal of the assignor alone, the appeal of creditors having been non-prossed

by the Superior Court. The indebtedness of the assignor was neither increased nor diminished by the order of the court below, and, the estate being insolvent, there is nothing to return to the assignor; under these circumstances, appellant has no standing to complain.

The appeal is quashed.